UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20139 CR MIDDLEBROOKS

UNITED STATES OF AMERICA,
          Plaintiff,

VS.

FIDEL SANDOVAL-ROSERO,
          Defendant.
_____/



## ORDER AMENDING JUDGMENT AND COMMITMENT

**THIS MATTER** comes before the Court pursuant to the Government's Motion for Reduction of Sentence Pursuant to Rule 35. (DE 712). The Court is advised that Defendant does not object to the Government's recommendation. Since the parties agree on the proposed reduction, a hearing is not necessary. Being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the motion for reduction of sentence is **GRANTED**. Defendant's previously imposed sentence of 46 months is hereby reduced to **TIME SERVED**. It is further

**ORDERED AND ADJUDGED** that all other conditions previously imposed and set forth in the "Judgment in a Criminal Case," filed on or about April 30, 2008, shall remain in full force and effect.

**DONE AND ORDERED** at West Palm Beach, Florida, this _10_ day of October, 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Attorneys of Record
        U.S. Marshals
        Bureau of Prisons
        U.S. Probation